IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL JOE DRISKELL, # 145957, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:11-CV-721-WKW ) |
| KENNETH JONES, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On March 20, 2012, the Magistrate Judge filed a Recommendation (Doc. # 49) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's motion for preliminary injunction (Doc. # 46) is DENIED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this 15th day of May, 2012.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE