IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARROL JOE DRISKELL, | ) | |
| AIS #145957, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:11-CV-721-WKW |
| v. | ) | |
| | ) | |
| KENNETH JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 22, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 75.) On September 9, 2014, Plaintiff filed objections. (Doc. # 76.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Upon consideration of the Recommendation and Plaintiff's objections, it is ORDERED as follows:

1. Plaintiff's objections (Doc. # 76) are OVERRULED;

2. The Recommendation (Doc. # 75) is ADOPTED;

3. Defendants' motion for summary judgment (Doc. # 13) is GRANTED; and

4. This case is DIMISSED with prejudice.

A separate final judgment will be entered.

2

DONE this 25th day of September, 2014.

              /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE